## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Schmidt, Raymond  F | Case Number:  06 B 03905 |
| | Judge:  Squires, John H |
| Printed:  4/29/08 | Filed:  4/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed - No Disch:  March 31, 2008

Confirmed:  May 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,292.45 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,920.71 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 511.91 |
| Other Funds: | | 259.83 |
| Totals: | 10,292.45 | 10,292.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | General Motors Acceptance Corp | Unsecured | 197.48 | 346.46 |
| 3. | Capital One | Unsecured | 124.77 | 218.89 |
| 4. | B-Line LLC | Unsecured | 674.94 | 1,184.11 |
| 5. | National Capital Management | Unsecured | 774.77 | 1,359.25 |
| 6. | Resurgent Capital Services | Unsecured | 220.18 | 386.28 |
| 7. | ECast Settlement Corp | Unsecured | 159.00 | 278.94 |
| 8. | National Capital Management | Unsecured | 1,793.66 | 3,146.78 |
| 9. | Providian | Unsecured | | No Claim Filed |
| 10. | Cingular Wireless | Unsecured | | No Claim Filed |
| 11. | Applied Card Bank | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 14. | Our Lady of Resurrection Medic | Unsecured | | No Claim Filed |
| 15. | Providian | Unsecured | | No Claim Filed |
| 16. | St Joseph Hospital | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,544.80 | $ 9,520.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 137.95 |
| 4.8% | 150.20 |
| 5.4% | 223.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Schmidt, Raymond  F

Printed:  4/29/08

Case Number:  06 B 03905

Judge:  Squires, John H

Filed:  4/8/06

_____
$ 511.91

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

